**Order filed October 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————

## NO. 01-14-00774-CR

———————

**LUIS CARLOS RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 07-DCR-046309**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 6, 27, 62 and 62A.

The exhibit clerk of the 240th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 6, 27, 62 and 62A, on or before October 17, 2016. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 6, 27, 62 and 62A, to the clerk of the 240th District Court.

PER CURIAM